J-A09002-20

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS KEITH PARK | : | |
| | : | |
| Appellant | : | |
| | : | No. 1116 WDA 2018 |

Appeal from the Judgment Entered July 12, 2018
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0013714-2001

BEFORE: SHOGAN, J., MURRAY, J., AND STRASSBURGER, J.*

CONCURRING STATEMENT BY STRASSBURGER, J.:

**FILED AUGUST 31, 2020**

I join the learned Majority in its analysis of Appellant's first issue on appeal. For the reasons stated by the Majority, the revocation court did not abuse its discretion in imposing a confinement sentence. With regard to Appellant's second issue, the length of sentence, had I been sitting as the revocation judge, I would not have issued such a harsh sentence. But the standard of review is not "what would I have done?" The standard is abuse of discretion and I cannot conclude that the revocation court abused its discretion.

* Retired Senior Judge assigned to the Superior Court.